PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-42878 WJL** |
| **WILLIAM ADRIAN POWELL and MARGARET PAIGE SHERMAN-POWELL,** | **Chapter 13** |
| Debtors. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtors apply to the court for an order to modify their Chapter 13 Plan as follows:

Commencing May 2012, debtors will pay $200.00 per month to the Trustee through September 2012. Beginning October 2012 and continuing thereafter, debtors will pay $650.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Mr. Powell has been unemployed since December 2011.

Dated: May 24, 2012

                                         /s/ Anne Y. Shiau
                                         ANNE Y. SHIAU
                                         Attorney for Debtors